TETRA DYNAMICS, INC. (006-03171)   CTL # 0-0926-174020   PAGE 45

# EMPLOYEE PAYROLL HISTORY

THROUGH CHECK DATE 09/30/08

| CHECK NO | PAY RATE | HOURS REG. | HOURS O.T. | HOURS CODED C | EARNINGS REG. | EARNINGS O.T. | EARNINGS CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MED PRETA | AFLAC | AFLAC-ACC | CODED C | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16985 | 17000 | 8000 | 33 | | 136000 | 842 | 17000 0 | 153842 | 22399 | 9538 | 7174 NY | 120 NY SDI | | | | | 112380 |
| 17056 | 17000 | 8000 | 110 | | 136000 | 2805 | 17000 0 | 155805 | 22890 | 9660 2231 | 7308 NY | 120 NY SDI | | | | | 113568 |
| 17122 | 17000 | 8000 | 05 | | 136000 | 128 | 17000 0 | 153128 | 22220 | 9494 2259 | 7125 NY | 120 NY SDI | | | | | 111949 |
| 17187 | 17000 | 7200 | 04 | 800 HD | 122400 | 102 | 13600 HD 17000 0 | 153102 | 22214 | 9492 2220 | 7123 NY | 120 NY SDI | | | | | 111933 |
| 17248 | 17000 | 8000 | 130 | | 136000 | 3315 | 17000 0 | 156315 | 23017 | 9692 2267 | 7343 NY | 120 NY SDI | | | | | 113876 |
| QTR TOTALS | | 54404 | 330 | 1600 HD | 924868 | 8416 | 27200 HD 119000 0 | 1079484 | 157439 | 66928 15652 | 50394 NY | 840 NY SDI | 30820 | | | 6400 DN 662356 D | 788231 |
| TOTALS | | 147303 | 2561 | 2400 SK 4800 VA 4800 HD | 2504151 | 65309 | 40800 SK 81600 VA 81600 HD 340000 0 8500 P | 3121960 | 447833 | 191256 44730 | 143433 NY | 2400 NY SDI | | | | | 1592732 |

TAX SETUP
| TAX | WH | STATUS | E/X | M/S | A | R | C | DESC | QTD WAGES | QTD AMOUNT | W2 INFORMATION YTD WAGES | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FWT | Y | SINGLE | 0 | | | | | FWT | 1079484 | 157439 | 3121960 | 447833 |
| FUTA | Y | | | | | | | SS | 1079484 | 66928 | 3084740 | 191256 |
| NY SUI | Y | | | | | | | MC | 1079484 | 15652 | 3084740 | 44730 |
| NY SDI | Y | | | | | | | NY SWT | 1079484 | 50394 | 3084740 | 143433 |
| NY SWT | Y | SINGLE | 0 | Y | Y | | | | | | | |

EMPLOYEE DEMOGRAPHICS
DIAZ, WILLIAM
WEISS PLACE
R PARK NY 11729

: 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
/DEPT: 400
#:
E: REGULAR W2

SEX: M   TYPE:
TERM: N   HRS/PAY: 80.00
BASE: 1,360.00
-CURRENT RATES-
REG   17.000
OVT   25.500
MSC   0.000

HIRE: 03/09/00
TERM:
RAISE: 08/06/07
BIRTH: 03/28/80

PAY RATES
HOURLY

WEEKS WORKED: 40

**MESSAGE** Make sure you notice the leaves changing colors - it's a free show!

| EMPLOYEE NAME | EMP.NO. | DEPT. | CLOCK # | CONTROL NUMBER | EMPLOYER NAME |
|---|---|---|---|---|---|
| DIAZ, WILLIAM | 5169 | 400 | | P-1006-120509/03171 | TETRA DYNAMICS, INC. |

| S.S. NUMBER | FWT EXEMP | SWT EXEMP | CHECK # | PERIOD END | CHECK DATE |
|---|---|---|---|---|---|
| S-0 | NY S-0 | | 17316 | 10/04/08 | 10/08/08 |

## EARNINGS

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 17.000 | 71.58 | 1,216.86 | 26,258.37 |
| OVERTIME | 25.500 | 0.26 | 6.63 | 659.72 |
| SICK | 17.000 | 8.00 | 136.00 | 544.00 |
| VACATION | | | | 816.00 |
| HOLIDAY | | | 170.00 | 816.00 |
| OTHER | | | | 3,570.00 |
| PCWRK | | | | 85.00 |

## DEDUCTIONS & REIMBURSEMENTS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SOCIAL SECURITY | 94.83 | 2,007.39 |
| MEDICARE | 22.18 | 469.48 |
| FWT | | 4,700.09 |
| NEW YORK SWT | 221.76 | 1,505.43 |
| NEW YORK SDI | 1.20 | 25.20 |
| MED PRETAX | 71.12 | 308.20 |
| DENTAL 125 | | 64.00 |

## MISCELLANEOUS

| YTD FWT EXEMPT WAGES | |
|---|---|
| TOTAL | -372.20 |

| TOTAL | 1,529.49 | 32,376.89 |
|---|---|---|

| TOTAL | -411.09 | |
|---|---|---|

PAYROLL BY  Compupay

**NET PAY**  1,118.40

3

**MESSAGE:** Trick or Treat!

| EMPLOYEE NAME | EMP NO | DEPT | CLOCK # | CONTROL NUMBER | EMPLOYER NAME |
|---|---|---|---|---|---|
| DIAZ, WILLIAM | 5169 | 400 | | P-1020 132930/03171 | TETRA DYNAMICS, INC. |

| S.S. NUMBER | FWT EXEMP | SWT EXEMP | CHECK # | PERIOD END | CHECK DATE |
|---|---|---|---|---|---|
| S-0 | NY S-0 | | 17380 | 10/18/08 | 10/22/08 |

### EARNINGS

| DESCRIPTION | PAY RATE | HRS/UNITS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 17.000 | 72.05 | 1,224.85 | 27,483.22 |
| OVERTIME | 25.500 | 0.02 | 0.51 | 660.23 |
| SICK | 17.000 | 8.00 | 136.00 | 680.00 |
| VACATION | | | | 816.00 |
| HOLIDAY | | | 170.00 | 3,740.00 |
| OTHER | | | | 85.00 |
| PCWRK | | | | |

### DEDUCTIONS & REIMBURSEMENTS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SOCIAL SECURITY | 94.94 | 2,102.33 |
| MEDICARE | 22.20 | 491.68 |
| FWT | | |
| NEW YORK SWT | 222.22 | 4,922.31 |
| NEW YORK SDI | 71.25 | 1,576.70 |
| MED PRETAX | 1.20 | 26.40 |
| DENTAL 125 | | 308.20 |
| | | 64.00 |

| YTD FWT EXEMPT WAGES | TOTAL | TOTAL | NET PAY |
|---|---|---|---|
| -372.20 / 35,908.25 | 1,531.36 | -411.81 | 1,119.55 |

PAYROLL BY Compudata

MISCELLANEOUS

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| K-N | 800999 | 000007 | | 0000320044 | 1 |

Earnings   Statement 

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Period Ending: 08/01/2008
Pay Date: 08/08/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State: 2

TRACY DIAZ
38 MELVILLE ROAD
HUNTINGTON STATIO, NY 17746

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2000.00 | 70.00 | 2,000.00 | |
| **Gross Pay** | | | **$2,000.00** | 32,000.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -174.80 | 2,881.69 |
| | Social Security Tax | -120.39 | 1,961.20 |
| | Medicare Tax | -28.16 | 458.67 |
| | NY State Income Tax | -92.77 | 1,523.05 |
| | NY SUI/SDI Tax | -1.20 | 19.20 |
| | **Other** | | |
| | Check | -1,524.37 | |
| | Low Family | -25.00* | 50.00 |
| | Oxford | -33.31* | 33.31 |
| | Low Couple | | 284.50 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,941.69

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Advice number: 00000320044
Pay date: 08/08/2008

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| TRACY DIAZ | 7921628058 | 0260  1367 | $1,524.37 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| K-N | 800999 | 000007 | | 0000340042 | 1 |

**Earnings Statement**

ADP®

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Period Ending:  08/15/2008
Pay Date:  08/22/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State: 2

TRACY DIAZ
38 MELVILLE ROAD
HUNTINGTON STATIO, NY 17746

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 70.00 | 2,000.00 | |
| **Gross Pay** | | | **$2,000.00** | 34,000.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -179.80 | 3,061.49 |
| Social Security Tax | | -122.45 | 2,083.65 |
| Medicare Tax | | -28.63 | 487.30 |
| NY State Income Tax | | -95.05 | 1,618.10 |
| NY SUI/SDI Tax | | -1.20 | 20.40 |
| Other | | | |
| Check | | -1,547.87 | |
| Low Family | | -25.00* | 75.00 |
| Low Couple | | | 284.50 |
| Oxford | | | 33.31 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,975.00

© 1991 ADP, Inc.

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Advice number:  00000340042
Pay date:  08/22/2008

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TRACY DIAZ | 7921628058 | 0260  1367 | $1,547.87 |

**NON-NEGOTIABLE**

6

```
CO.    FILE    DEPT.   CLOCK    VCHR. NO.  020
K-N    800999  000007           0000360043  1
```

# Earnings Statement 

ALLSECTOR TECHNOLOGY GROUP,INC.
345 HUDSON STREET
NEW YORK, NY 10014

Period Ending:    08/29/2008
Pay Date:         09/05/2008

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    State:   2

TRACY DIAZ
38 MELVILLE ROAD
HUNTINGTON STATIO,NY    17746

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 70.00 | 2,000.00 | |
| Gross Pay | | | $2,000.00 | 36,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -174.80 | 3,236.29 |
| | Social Security Tax | -120.38 | 2,204.03 |
| | Medicare Tax | -28.16 | 515.46 |
| | NY State Income Tax | -92.77 | 1,710.87 |
| | NY SUI/SDI Tax | -1.20 | 21.60 |
| | Other | | |
| | Check | -1,524.38 | |
| | Low Family | -25.00* | 100.00 |
| | Oxford | -33.31* | 66.62 |
| | Low Couple | | 284.50 |
| | Net Pay | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,941.69

© 1991 ADP, Inc

ALLSECTOR TECHNOLOGY GROUP,INC.
345 HUDSON STREET
NEW YORK, NY 10014

Advice number:   00000360043
Pay date:        09/05/2008

Deposited to the account of
TRACY DIAZ

| | account number | transit ABA | amount |
|---|---|---|---|
| | 7921628058 | 0260  1367 | $1,524.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
   CO.       FILE     DEPT.    CLOCK      VCHR. NO.   020
   K-N    800999   000007            0000380042   1
```

## Earnings Statement



ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Period Ending: 09/12/2008
Pay Date: 09/19/2008

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:   2
    State:     2

TRACY DIAZ
38 MELVILLE ROAD
HUNTINGTON STATIO, NY 17746

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 70.00 | 2,000.00 | |
| **Gross Pay** | | | **$2,000.00** | 38,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.80 | 3,416.09 |
| | Social Security Tax | -122.45 | 2,326.48 |
| | Medicare Tax | -28.64 | 544.10 |
| | NY State Income Tax | -95.05 | 1,805.92 |
| | NY SUI/SDI Tax | -1.20 | 22.80 |
| | **Other** | | |
| | Check | -1,547.86 | |
| | Low Family | -25.00* | 125.00 |
| | Low Couple | | 284.50 |
| | Oxford | | 66.62 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,975.00

© 1991 ADP, Inc.

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Advice number: 00000380042
Pay date: 09/19/2008

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TRACY DIAZ | 7921628058 | 0260  1367 | $1,547.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

8

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| K-N | 800999 | 000007 | | 0000400041 | 1 |

# Earnings Statement

**ADP**

ALLSECTOR TECHNOLOGY GROUP,INC.
345 HUDSON STREET
NEW YORK, NY 10014

Period Ending:    09/26/2008
Pay Date:         10/03/2008

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:  2
   State:    2

TRACY DIAZ
38 MELVILLE ROAD
HUNTINGTON STATIO, NY 17746

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 70.00 | 2,000.00 | |
| **Gross Pay** | | | **$2,000.00** | 40,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -174.80 | 3,590.89 |
| | Social Security Tax | -120.39 | 2,446.87 |
| | Medicare Tax | -28.15 | 572.25 |
| | NY State Income Tax | -92.77 | 1,898.69 |
| | NY SUI/SDI Tax | -1.20 | 24.00 |
| | **Other** | | |
| | Check | -1,524.38 | |
| | Low Family | -25.00* | 150.00 |
| | Oxford | -33.31* | 99.93 |
| | Low Couple | | 284.50 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,941.69

---

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Advice number:   00000400041
Pay date:        10/03/2008

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TRACY DIAZ | 7921628058 | 0260 1367 | $1,524.38 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| K-N | 800999 | 000007 | | 0000420042 | 1 |

## Earnings Statement 

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Period Ending: 10/10/2008
Pay Date: 10/17/2008

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 NY: 2

TRACY DIAZ
38 MELVILLE ROAD
HUNTINGTON STATIO, NY 17746

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 70.00 | 2,000.00 | |
| **Gross Pay** | | | **$2,000.00** | 42,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.80 | 3,770.69 |
| | Social Security Tax | -122.45 | 2,569.32 |
| | Medicare Tax | -28.64 | 600.89 |
| | NY State Income Tax | -95.05 | 1,993.74 |
| | NY SUI/SDI Tax | -1.20 | 25.20 |
| | **Other** | | |
| | Check | -1,547.86 | |
| | Low Family | -25.00* | 175.00 |
| | Low Couple | | 284.50 |
| | Oxford | | 99.93 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,975.00

---

ALLSECTOR TECHNOLOGY GROUP, INC.
345 HUDSON STREET
NEW YORK, NY 10014

Advice number: 00000420042
Pay date: 10/17/2008

**Deposited to the account of**
TRACY DIAZ

| account number | transit ABA | amount |
|---|---|---|
| 7921628058 | 0260 1367 | $1,547.86 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

10